UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

Bellridge Capital, L.P.,                                  :

                 Plaintiff,                         :       Case No.  20-cv-7485-AKH-RWL

              -against-                           :

                                :       **STIPULATION OF DISMISSAL**

Transportation and Logistics Systems, Inc., et al.,   :

              Defendants.                       :

--------------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed that the above-captioned action is dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

Dated:   New York, New York
          February 19, 2021


AKABAS & SPROULE                              SULLIVAN & WORCESTER LLP


By: _David E. Bamberger_                      By: _Michael T. Sullivan_
    David E. Bamberger                             Michael T. Sullivan
488 Madison Avenue, 11th Floor                1633 Broadway, 32nd Floor
New York, New York 10022                      New York, New York 10019
Telephone:  (212) 308-8505                    Telephone:  (212) 660-3000
dbamberger@akabas-sproule.com                 msullivan@sullivanlaw.com

*Attorneys for Defendants*                    *Attorneys for Plaintiff*